Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**   *E-FILED - 5/10/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-04-3556 RMW |
| Plaintiff, | Hon. Ronald M. Whyte |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT TRUONG NGUYEN; ORDER THEREON** |
| TRUONG NGUYEN, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant TRUONG NGUYEN ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about December 7, 2004. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

Defendant TRUONG NGUYEN is the only active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: May 3, 2005          Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:_____
    Sandeep J. Shah
    Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant NGUYEN filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant NGUYEN only;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

3. As Defendant TRUONG NGUYEN is the only active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: 5/6/05

/S/ RONALD M. WHYTE
_____
Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California